IN THE UNITED STATES COURT FOR THE EASTERN District OF VIRGINIA, RICHMOND DIVISION

Plaintiff: John D. Lynch II, MD

vs.                    3:21 CV 741

Defendants: William Tong, CT Attorney General and the CT Department of Public Health and the CT Medical Licensing Board

Wrongful SUMMARY SUSPENSION ORDER of Petition No. 2021-726 received by Certified Mail November 22, 2021.

Be it known: The Minutes of the Combined Hearing of the State of Connecticut Medical Licensing Board and the Connecticut Department of Public Health of June 19, 2012, have never been made available to me. Furthermore, my Attorney of Record, Sandra R. Gersten, Esq. of West Hartford failed to notify me of said meeting.

Both are a violation of CT. State Law.

The matter before the Eastern District of Virginia is a federal matter, as the Sundry Departments of the Government of the state of CT, if the Summary Suspension Order is allowed to proceed and is wrongfully executed, CT DPH will prevent my medical Licensing before all state medical Boards in the United States and likely, internationally too.

The National Practitioners Data Bank⊕ is a Lawful creation of Congress. In order to be medically Licensed in one state, the application must be cleared through the NPDB. - CT DPH's

⊕ NPDB is an accepted abbreviation.

wrongful, and I contend, illegal, will prevent my Licensing in all of the United States.

Furthermore, I am unable to represent myself physically or remotely by Dec. 1, 2021, as I am in heavy financial debt, and and do not have internet capabilities at present.

Exhibits Supporting my Claim:

1): Summary Suspension Order
2): Photocopy front of Envelope of USPS certified mail envelope
3): Notarized Letter to CTDPH requesting hearing concerning wrongful suspension of CT Medical License by DPH of CT June 19, 2012.
4): Notarized Letter to William Tong, CT AG of April 30, 2018 / July 28, 2021
5): Second request of CT AG William Tong for minutes of the Combined Hearing of June 19, 2012

Exhibits Supporting m.y Claims (continued)

6:) DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS FIFTH EDITION DSM-5 American PSYCHIATRIC ASSOCIATION, PUBLISHING

7:) Photocopy of Hartford Hospital, Hartford, CT, Emergency Dept. Facesheet or other Emergency Dept. Attending Physician's record of Errol Delaney, and the autopsy report of the State of CT medical examiner: in support of Plantiff's charge of suffering acute Stress Disorder as well as Post Traumatic Stress Disorder. (Incomplete due to printer and age of documents)

Exhibits supporting my claim (continued) (5):

8) THE NATIONAL PRACTIONERS DATA BANK: What physicians need to know July 18 2012 by Erika J. Adler, J.D.

Respectfully submitted to Clerk of Eastern District of Virginia 3rd Floor E. Broad Street, In person,

John D. Lynch III, M.D.